IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JANICE WILLIAMS, *et al.*,          §
                                    §
          Plaintiffs,               §
                                    §
V.                                  §          CASE NO.  5:20-cv-00048-JKP-RBF
                                    §
NIBCO, INC.,                        §
                                    §
          Defendant.                §

## MOTION BY FRANCO CORRADO
## TO APPEAR *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Franco Corrado, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent defendant, NIBCO, Inc.

1.      Applicant is an attorney and a member of the law firm (or practices under the name of) Morgan, Lewis, Bockius, LLP, with offices at 1701 Market Street, Philadelphia, Pennsylvania 19103.  Applicant's office telephone number is (215) 963 5000 and facsimile number is (215) 963 5001.

2.      Since November 5, 2003, Applicant has been and presently is a member of and in good standing with the Bar of the Supreme Court of Pennsylvania. Applicant's bar license number is #91436.

3.      Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Supreme Court of Pennsylvania | 11-05-2003 |
| Supreme Court of New Jersey | 12-16-2003 |
| Superior Court of New Jersey | 04-19-2006 |
| U.S.D.C. for Eastern District of Pennsylvania | 2011 |
| U.S.D.C. for District of New Jersey | 02-28-2014 |
| U.S. Court of Appeals – 3rd Circuit | 2009 |
| U.S. Court of Appeals – 10th Circuit | 02-04-2018 |

4.   Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.   I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: SA-19-CV-00717-JKP-RBF on the  4th  day of  November, 2019 .

Number:_____on the_____day of_____,_____.

Number:_____on the_____day of_____,_____.

6.   Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Missy Atwood

Mailing address: 301 Congress Avenue, Suite 1700

City, State, Zip Code: Austin, Texas 78701

Telephone: (512) 482 – 0288

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Franco Corrado to the Western District of Texas, pro hac vice for this case only.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By_____

     Franco Corrado
     Bar No. 42636
     1701 Market Street,
     Philadelphia, Pennsylvania 19103
     Telephone: (215) 963 5000
     Facsimile: (215) 963 5001
     E-mail: franco.corrado@morganlewis.com

**COUNSEL FOR DEFENDANT NIBCO INC.**

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify by my signature below that a true and correct copy of the foregoing document was forwarded to all known counsel of record as set forth below in compliance with the Texas Rules of Civil Procedure on this the 20th day of March, 2020.

George M. Fleming
Gregory D. Brown
FLEMING, NOLEN & JEZ, LLP
2800 Post Oak Blvd., Suite 4000
 Houston, TX 77056-6109
george_fleming@fleming-law.com
gregory_brown@fleming-law.com

Ross Sears
SEARS CRAWFORD LLP
1200 Rothwell St. Houston, TX 77002
ross@searscrawford.com

 Counsel for Plaintiffs

                            */s/ Missy Atwood*

Missy Atwood

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JANICE WILLIAMS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CASE NO.  5:20-cv-00048-JKP-RBF |
| | § | |
| NIBCO, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Franco Corrado, counsel for NIBCO, Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Franco Corrado may appear on behalf of NIBCO, Inc. in the above case.

IT IS FURTHER ORDERED that Franco Corrado, if he has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court,** in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
Judge Richard B. Farrer