UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JANICE WILLIAMS; ANTONIO
RODRIGUEZ, JR.; PRINCESS DIANE
PIPPEN; DIANE ROBINSON; and MAYA
ROBINSON, Individually and on Behalf of
All Similarly Situated,

    *Plaintiffs*,

v.                                     Case No. SA-20-CV-0048-JKP-RBF

NIBCO INC.,

    *Defendant*.

## ORDER OF ADMINISTRATIVE CLOSURE

Contemporaneously with this Order, the Court has stayed this action pending a determination on final approval in *Matson v. NIBCO*, No. 5-19-CV-717-RBF (W.D. Tex. filed June 19, 2019). It now considers whether this case is appropriate for administrative closure.

"The effect of an administrative closure is no different from a simple stay, except that it affects the count of active cases pending on the court's docket; i.e., administratively closed cases are not counted as active." *Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2004) (explaining that courts frequently make use of administrative closure to remove inactive cases from their pending dockets); *accord CitiFinancial Corp. v. Harrison*, 453 F.3d 245, 250-51 (5th Cir. 2006) (equating administrative closure with a stay of proceedings). In many circumstances when a court finds a stay warranted, the more practical approach is to administratively close the case subject to reopening later. The act of administrative closure is not a dismissal or disposition of the case, nor any reflection or comment on the merits of the action. Though administratively closed, the parties may still file documents in the case as may be necessary. And they may conduct the contemporaneously granted jurisdictional discovery without reopening the case.

The Court, of course, may initiate further proceedings as warranted. Given the uncertain duration of the pending stay, the Court finds it appropriate to administratively close this case.

For the foregoing reasons, the Court **DIRECTS the Clerk of Court to administratively close this case pending further court order.**

**IT IS SO ORDERED.**

SIGNED this 18th day of March 2021.

_Jason Pulliam_
JASON PULLIAM
UNITED STATES DISTRICT JUDGE